UNITED STATES DISTRICT COURT  S E N D
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: CV 99-13481 MMM (MANx)    Date: January 4, ~~1999~~ 2000

Title: *Japan Entertainment & Trade v. Cambridge Communications, Inc. et al.*

**DOCKET ENTRY**

**PRESENT:**

HONORABLE LOURDES G. BAIRD, UNITED STATES DISTRICT JUDGE

| Anel Huerta | Mark Schweitzer |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):
Mark Kalmonsohn                          Robert Freimuth
                                         Daniel Gunning

**PROCEEDINGS:** Plaintiff's Ex Parte Application For A Temporary Restraining Order

Having reviewed the papers and heard the argument of counsel, the court DENIES Plaintiff's Ex Parte Application for a temporary restraining order.

Initials of Deputy Clerk

cc:   Counsel of record (or parties)

JAN -7 2000